UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Capp Inc., et al.

                           Plaintiff,

v.                                                               Case No.: 1:23−cv−04676
                                                              Honorable Steven C. Seeger

Discover Financial Services, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 9, 2024:

       MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [47]). The parties engaged in mediation through JAMS on February 13, 2024 and March 21, 2024. The parties have reached an agreement in principle to settle this case, and are working on a formal settlement agreement. The Court extends the stay until further order of the Court. The parties must file a status report or motion for preliminary settlement approval by April 29, 2024. In light of the settlement in principle, the motion to consolidate cases (Dckt. No. [39]) and the motion to appoint interim class counsel (Dckt. No. [40]) are hereby denied without prejudice as moot. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.