**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CAPP, INC., YOUNG PEOPLES DAY CAMPS INC., KMJA DAY CAMPS, INC., AND PRAYUS GROUP LLC, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, AND DISCOVER BANK, <br><br> Defendants. | Case No. 1:23-cv-04676 |
| LEMMO'S PIZZERIA, LLC, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, AND DOES 1–100, <br><br> Defendants. | Case No. 1:23-cv-14250 |
| SUPPORT ANIMAL HOLDINGS, LLC, and LENNYS CASITA, LLC, individually, and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, AND DOES 1–100, <br><br> Defendants. | Case No. 1:23-cv-15297 |

## PLAINTIFFS' ADDITIONAL UPDATE FOR FINAL APPROVAL HEARING

Plaintiffs respectfully submit this additional information in advance of the May 20, 2026 Final Approval Hearing.

As of approximately 11:00 a.m. PT on May 18, 2026 (the claim filing deadline), the Settlement Administrator reports that it has received **over 1.4 million claims.**[1]

Moreover, as previously described, the Settlement requires Discover to pay affected entities at least $540 million, and up to $1.225 billion before interest. For the two categories of Settlement Class Members deemed payment eligible without the need to submit a Claim Form, the Settlement Administrator currently estimates that: (1) Unmanaged Active Direct End Merchants will be paid approximately **$161.5 million**, *before interest* and (2) Managed Active Direct End Merchants will be paid at least approximately **$80.3 million**, *before interest*.

For the remaining Settlement Class Member types (Merchant Acquirers, Payment Intermediaries, Indirect End Merchants, and Inactive Direct End Merchants) that were required to submit a Claim Form, settlement payments will be calculated after the Settlement Administrator compiles the data submitted by Merchant Acquirers and Payment Intermediaries and, pursuant to the Settlement Agreement, allocates MID Amounts and calculates payments for the Payment Eligible Settlement Class Members.

Additionally, Discover reports that its preliminary estimate of Non-Claimant Payments (payments to opt-outs and Exhibit A entities) is approximately **$263 million**. Qualifying Non-Claimant Payments will count towards the Settlement floor and ceiling—but only up to the MID Amount that the entity would have been allocated had it remained in the Settlement Class and with

---

[1] This number is expected to increase as additional timely claims are submitted online before the end of the day and timely postmarked paper claims arrive over the next several days.

interest running only through July 30, 2025, the date of preliminary approval (not the Final Escrow Funding Date). *See CAPP*, ECF No. 65-1, § 3.5.

Dated: <u>May 18, 2026</u>                                     Respectfully submitted,

By:   */s/ Catherine Pratsinakis*
        Catherine Pratsinakis
        Nina C. Spizer
        DILWORTH PAXSON LLP
        1500 Market Street, Suite 3500E
        Philadelphia, PA 19102
        Telephone: (215) 575-7000
        Facsimile: (215) 575-7200
        cpratsinakis@dilworthlaw.com
        nspizer@dilworthlaw.com

By: */s/ Roger Heller*

        Roger N. Heller (*pro hac vice*)
        Michael K. Sheen (*pro hac vice*)
        LIEFF CABRASER HEIMANN &
        BERNSTEIN LLP
        275 Battery Street, 29th Floor
        San Francisco, California 94111
        Tel: (415) 956-1000
        Fax: (415) 956-1008
        rheller@lchb.com
        msheen@lchb.com

By:   */s/ Taras Kick*

        Taras Kick (*pro hac vice* admitted)
        Tyler Dosaj (*pro hac vice* admitted)
        THE KICK LAW FIRM, APC
        815 Moraga Drive
        Los Angeles, California 90049
        Tel: (310) 395-2988
        Fax: (310) 395-2088
        Taras@kicklawfirm.com
        Tyler@kicklawfirm.com

        *Settlement Class Counsel*

3

**<u>CERTIFICATION PURSUANT TO GENERAL ORDER 16-0020</u>**

I hereby certify that the content of the document is acceptable to all persons required to sign the document, and all such persons have consented to inclusion of their electronic signatures on the document.


Dated: May 18, 2026                         *<u>/s/ Catherine Pratsinakis</u>*